IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KRISTI MCCARTNEY, et al., :

        Plaintiffs, : Case No. 3:16-cv-349

vs. : JUDGE WALTER H. RICE

TRAVELERS PROP. CAS. INS. CO., :

        Defendant. :

---

ENTRY OVERRULING AS MOOT DEFENDANT TRAVELERS INDEMNITY
COMPANY'S MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. P.
12(b)(6) (DOC. #4); PURSUANT TO FIRST AMENDED COMPLAINT OF
PLAINTIFFS KRISTI MCCARTNEY AND SEAN MCCARTNEY (DOC. #5),
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY IS
SUBSTITUTED FOR TRAVELERS INDEMNITY COMPANY AS SOLE
DEFENDANT

---

Pending before the Court is the Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion") of Defendant Travelers Indemnity Company, filed on August 22, 2016. Doc. #4. On September 2, 2016, pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiffs, Kristi McCartney and Sean McCartney ("Plaintiffs"), filed their First Amended Complaint. Doc. #5. In the First Amended Complaint, which superseded Plaintiffs' original Complaint, Doc. #1-1, Plaintiffs added Travelers Property Casualty Insurance Company, and removed Travelers Indemnity Company, as a Defendant. Consequently, Travelers Indemnity Company has been dismissed from the case, and its Motion is OVERRULED AS MOOT. The above-captioned case shall proceed with Travelers Property Casualty Insurance Company as the sole Defendant.

September 13, 2016

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT