UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - DAYTON

| | |
|---|---|
| KRISTI McCARTNEY and SEAN McCARTNEY,<br><br>Plaintiffs,<br><br>v<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:16-CV-349-WHR-MJN<br>Hon. Walter H. Rice<br>Magistrate Michael J. Newman |

JOHN A. SMALLEY (0029540)
Attorney for Plaintiff
131 North Ludlow Street, Suite 1400
Dayton, OH 45402
(927) 223-8888/(927) 824-8630 – Fax
jsmalley@dgmslaw.com

KURT D. MEYER (0087580)
**GREGORY AND MEYER, P.C.**
Attorneys for Defendant
340 E. Big Beaver Road, Ste. 520
Troy, MI 48083
(248) 689-3920/(248) 689-4560
kmeyer@gregorylaw.com

## STIPULATED ORDER TO AMEND PRELIMINARY PRETRIAL CONFERENCE ORDER (DOC # 13)

**NOW COME** the parties, through their respective counsel, and hereby stipulate to amend the Court's Preliminary Pretrial Conference Order (Doc # 13) to extend the filing deadline for the identification of lay witnesses with synopsis of their testimony for thirty (30) days, through July 3, 2017.

The parties state that, in an effort to preserve the equality of justice, they are discussing alternative dispute resolution. This is the first request to amend the Preliminary Pretrial Conference Order (Doc # 13) by either party.

**NOW THEREFORE,** the Court having reviewed the above stipulation of the parties and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Preliminary Pretrial Conference Order (Doc #13) is hereby amended to extend the filing deadline for the identification of lay witnesses with synopsis of their testimony for thirty (30) days, through July 3, 2017.

**IT IS FURTHER ORDERED** that all other aspects of the Preliminary Pretrial Conference Order (Doc #13) remain in full force and affect.

Dated: 6-2-17

Hon. Walter H. Rice
UNITED STATES DISTRICT JUDGE

**Stipulated to by:**

s/ with Consent of John A. Smalley
JOHN A. SMALLEY (0029540)
Attorney for Plaintiff
131 North Ludlow Street, Suite 1400
Dayton, OH 45402
(927) 223-8888/(927) 824-8630 – Fax
jsmalley@dgmslaw.com

s/ Kurt D. Meyer
KURT D. MEYER (0087580)
**GREGORY AND MEYER, P.C.**
Attorneys for Defendant
340 E. Big Beaver Road, Ste. 520
Troy, MI 48083
(248) 689-3920
kmeyer@gregorylaw.com