UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - DAYTON

| | |
|---|---|
| **KRISTI McCARTNEY and SEAN McCARTNEY,**<br><br>Plaintiffs,<br><br>v<br><br>**TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,**<br><br>Defendant. | Case No. 3:16-CV-349-WHR-MJN<br>Hon. Walter H. Rice<br>Magistrate Michael J. Newman |

| | |
|---|---|
| JOHN A. SMALLEY (0029540)<br>Attorney for Plaintiffs<br>131 North Ludlow Street, Suite 1400<br>Dayton, OH 45402<br>(927) 223-8888/(927) 824-8630 – Fax<br>jsmalley@dgmslaw.com | KURT D. MEYER (0087580)<br>**GREGORY AND MEYER, P.C.**<br>Attorney for Defendant<br>340 E. Big Beaver Road, Ste. 520<br>Troy, MI 48083<br>(248) 689-3920/(248) 689-4560<br>kmeyer@gregorylaw.com |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITH EACH PARTY RESPONSIBLE FOR ITS OWN COURT COSTS

**WHEREAS,** all matters herein have been fully settled;

**NOW THEREFORE,** for good cause shown, by agreement of counsel, and pursuant to Civil Rule 41(a)(1)(A)(ii), the parties stipulate that all claims herein are hereby dismissed, with prejudice to all further action, and each party responsible for its own court costs.

**IT IS SO ORDERED.**

Hon. Walter H. Rice
U.S. DISTRICT COURT JUDGE

**Stipulated to by:**

s/ John A. Smalley
John A. Smalley (0029540)
Attorney for Plaintiffs

s/ Kurt D. Meyer
KURT D. MEYER (0087580)
**GREGORY AND MEYER, P.C.**
Attorney for Defendant